COPY

FAXED

PEARSON, SIMON, WARSHAW & PENNY, LLP
44 MONTGOMERY STREET, SUITE 2450
SAN FRANCISCO, CALIFORNIA 94104

ORIGINAL FILED
E-filing
2010 MAY 21 P 4:07
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DMR

1  BRUCE L. SIMON (Bar No. 96241)
    bsimon@pswplaw.com
2  **PEARSON, SIMON, WARSHAW & PENNY, LLP**
   44 Montgomery Street, Suite 2450
3  San Francisco, California 94104
   Telephone: (415) 433-9000
4  Facsimile: (415) 433-9008

5  MICHAEL P. LEHMANN (Bar No. 77152)
    mlehmann@hausfeldllp.com
6  **HAUSFELD LLP**
   44 Montgomery Street, Suite 3400
7  San Francisco, CA 94104
   Telephone: (415) 633-1908
8  Facsimile: (415) 358-4980

9  [Additional counsel listed on signature pages]

10 Attorneys for Plaintiff Jonathan Huber and All Others Similarly Situated

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN HUBER, on Behalf of Himself and All Others Similarly Situated, | CASE NO. CV 10 2213 |
| Plaintiffs, | **CLASS ACTION** |
| vs. | NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING |
| SONY COMPUTER ENTERTAINMENT AMERICA, LLC, formerly SONY COMPUTER ENTERTAINMENT AMERICA, INC., a Delaware corporation, | Trial Date: None |
| Defendant. | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that other actions currently pending involve all or a material part of the same subject matter and all or substantially all of the same parties as the instant action.

*Anthony Ventura, on behalf of himself and all others similarly situated v. Sony Computer Entertainment America Inc.*, Case No. 10-CV-01811, pending in the United States District Court for the Northern District of California;

1  *Jason Baker, Sean Bosquett, Frank Bachman, Paul Graham, and Paul Vannatta,*
2  *Individually and on Behalf of All Others Similarly Situated v. Sony Computer*
3  *Entertainment America, LLC successor to Sony Computer Entertainment America,*
4  *Inc.*, Case No. , 10-CV-01897, pending in the United States District Court for the
5  Northern District of California; and
6  *Todd Densmore and Antal Herz behalf of themselves and all others similarly*
7  *situated v. Sony Computer Entertainment America, Inc., a Delaware corporation*,
8  Case No. 10-CV-01945, pending in the United States District Court for the
9  Northern District of California.
10 / / /
11 / / /
12 / / /
13 / / /
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

PEARSON, SIMON, WARSHAW & PENNY, LLP
44 MONTGOMERY STREET, SUITE 2450
SAN FRANCISCO, CALIFORNIA 94104

All the aforementioned cases, like the *Huber* matter, are putative class actions against Sony Computer Entertainment America, LLC alleging that a software update to the PlayStation® 3 device renders certain features inoperable.

DATED: May 21, 2010

By: /s/ Daniel Warshaw
DANIEL L. WARSHAW

BRUCE L. SIMON (Bar No. 96241)
bsimon@pswplaw.com
**PEARSON, SIMON, WARSHAW & PENNY, LLP**
44 Montgomery Street, Suite 2450
San Francisco, California 94104
Telephone: (415) 433 9000
Facsimile: (415) 433 9008

MICHAEL P. LEHMANN (Bar No. 77152)
mlehmann@hausfeldllp.com
**HAUSFELD LLP**
44 Montgomery Street, Suite 3400
Telephone: (415) 633-1908
Facsimile: (415) 693-0770

DANIEL L. WARSHAW (Bar No. 185365)
dwarshaw@pswplaw.com
**PEARSON, SIMON, WARSHAW & PENNY, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

MICHAEL D. HAUSFELD*
mhausfeld@hausfeldllp.com
JAMES J. PIZZIRUSSO*
**HAUSFELD LLP**
1700 K Street NW, Suite 650
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201

Attorneys for Plaintiff Jonathan Huber and All Others Similarly Situated

*Admission to practice *pro hac vice* to be submitted